IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CLAUDE JORDAN, III,

    Plaintiff

VS.

DR. ALSTON and
RONNIE LAWRENCE,

    Defendants

NO. 5: 05-CV-233 (CAR)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

O R D E R

Before the court is the motion of the defendants seeking dismissal of the above-captioned Section 1983 proceeding on grounds that plaintiff CLAUDE JORDAN, III has failed to prosecute his case. Tab #18. Specifically, the defendants show that plaintiff failed to attend a duly scheduled deposition on May 5, 2006, after having been noticed at the last address provided by him.

On June 21, 2006, the undersigned advised plaintiff of the filing of defendants' motion and directed him to respond thereto. Tab #19. Apparently, plaintiff JORDAN contacted the Clerk's Office on July 5, 2006, concerning his new address, and the court's order was re-mailed to him. Plaintiff has now filed his response to defendants' motion to dismiss. Tab #21.

The undersigned is reluctant to grant defendants' motion at this time. Plaintiff is proceeding *pro se* and should be given a fair opportunity to litigate his case. However, this matter has been pending for a year, and defendants are entitled to disposition within a reasonable time.

**Accordingly, upon consideration of defendants' motion and plaintiff's response, IT IS ORDERED AND DIRECTED:**

(1) that defendants' motion (Tab #18) be, and it is DENIED;

(2) that the period permitted for conducting discovery shall continue for NINETY (90) DAYS and the defendants shall reschedule plaintiff's deposition and notify him of the same at the last address provided by him, to-wit:

> **Claude Jordan, III**
> 733 Veneto Dr. #101
> Lake Park, FL 33403

(3) that after notice, plaintiff shall attend the scheduled deposition and respond to questions asked of him by counsel for the defendants; and,

(4) that if plaintiff fails to attend said deposition and participate therein, his case will be subject to dismissal upon counsel for the defendants' resubmitting his motion to dismiss.

SO ORDERED AND DIRECTED, this 21st day of JULY, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE