IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CLAUDE JORDAN, III, | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:05-cv-233 (CAR) |
| | : | |
| v. | : | |
| | : | |
| DR. I. ALSTON, et al., | : | |
| | : | |
| Defendants. | : | |

***ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION***

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 44] that Defendants' Motion for Summary Judgment [Doc. 30] be granted. Plaintiff filed an Objection to the Recommendation [Doc. 45]. In his Objection, however, Plaintiff makes no legal or factual claims regarding how the Magistrate Judge erred, only generally stating that he objects to the facts, discussion, and conclusion of the Recommendation. Given the lack of specific objections to the Magistrate Judge's Recommendations, it is impossible for the Court to decipher the grounds upon which Plaintiff contends the Magistrate Judge erred.

Upon review of the objection and Recommendation of this case, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED.** This 29th day of August, 2007.

                                                            S/ C. Ashley Royal
                                                            C. ASHLEY ROYAL
                                                            UNITED STATES DISTRICT JUDGE

SSH